828

No. 83–1965. RELIANCE MORTGAGE CORP. *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 83–1966. REPROSYSTEM, B. V., ET AL. *v.* SCM CORP. C. A. 2d Cir. Certiorari denied.

No. 83–1970. HULL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–1972. SCHULTE ET AL. *v.* SAYAD ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 83–1973. JORDAN *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied.

No. 83–1975. RODRIGUEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–1976. COYNE *v.* OHIO. Ct. App. Ohio, Clermont County. Certiorari denied.

No. 83–1977. MILLER *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 83–1978. CORRIGAN *v.* GOODWIN. C. A. 8th Cir. Certiorari denied.

No. 83–1980. LILLIE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1981. NORTH CAROLINA COMMISSION OF INDIAN AFFAIRS ET AL. *v.* UNITED STATES DEPARTMENT OF LABOR. C. A. 4th Cir. Certiorari denied.

No. 83–1983. LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1984. FRITZ *v.* COLEMAN ET AL. Ct. App. Md. Certiorari denied.

No. 83–1985. FIELD *v.* OMAHA STANDARD INC. ET AL. C. A. 3d Cir. Certiorari denied.